**Opinion issued December 14, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00002-CR

———————————

**JENISE DJEREE BENJAMIN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 21st District Court**
**Washington County, Texas**
**Trial Court Case No. 18781**

---

## MEMORANDUM OPINION

The appellate record was due to be filed by March 3, 2023. The District Clerk filed a request for an extension of time, which the court granted until April 3, 2023. On March 7, 2023, the court reporter filed a notice that appellant had not requested preparation of the reporter's record and no payment had been received.

On April 3, 2023, the District Clerk advised that no designation had been filed and no payment arrangements had been made. On June 22, 2023, the Court issued an order abating the appeal and directing the trial court to hold a hearing to determine if appellant wished to pursue her appeal, and if so, whether she was indigent and entitled to proceed without payment of costs for the appellate record.

On August 11, 2023, the trial court filed a supplemental clerk's record containing a letter, signed by the trial judge, stating that appellant appeared at the hearing and stated she no longer wished to pursue her appeal. On October 25, 2023, the court reporter filed the hearing record, which included appellant's statement on the record that she no longer wished to pursue her appeal.

Appellant has not filed a motion to dismiss her appeal. *See* TEX. R. APP. P. 42.2(a). Because appellant stated in open court that she did not wish to pursue her appeal, we apply Rule 2 to suspend the Rule 42.2(a) requirement that appellant file a written motion to dismiss. We accept her testimony before the trial court as a motion for voluntary dismissal of her appeal, which we grant. *See Mendoza v. State*, No. 01-03-01288–CR, 2004 WL 909420, at *1 (Tex. App.—Houston [1st Dist.] Apr. 29, 2004, no pet.) (mem. op.) (finding good cause to suspend operation of Rule 42.2(a) and dismiss appeal based on appellant's statements on record that he no longer wished to pursue his appeal).

We dismiss the appeal. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.

Do not publish. TEX. R. APP. P. 47.2(b).